**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**FILED**

JUN 2 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA,
  Plaintiff,
vs.

Jose Ramirez, Jr
  Defendant.

Case Number CR 06-70340 HRL

**ORDER - CJA CONTRIBUTION(s) DUE**

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

IT IS HEREBY ORDERED THAT:

[✓] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $50 PER MONTH, until the case is concluded or until further order of the Court, commencing: _If not in custody_

  [✓] That certain date of __7/1/06__ and the SAME DAY each month thereafter;

  [ ] The first day of _____ and the FIRST DAY of each month thereafter;

  [ ] MAIL TO:  Clerk, U. S. District Court
              280 South First Street, Room 2112
              San Jose, CA. 95113-3095
  Please indicate that this is a CJA payment and include the case number shown above.

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

  [ ] That certain date of _____;

  [ ] MAIL TO:  Clerk, U. S. District Court
              280 South First Street, Room 2112
              San Jose, CA. 95113-3095
  Please indicate that this is a CJA Payment and include the case number shown above.

DATED: 6/23/06

Howard R. Lloyd  U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72