BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSE RAMIREZ, Jr.,<br><br>　　　　　Defendant. | No. CR 06-70390 HRL<br><br>STIPULATION, WAIVER AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING/ARRAIGNMENT |

## STIPULATION

The parties hereby stipulate and agree that the preliminary hearing/arraignment currently scheduled for July 27, 2006 may be continued to August 24, 2006 at 9:30 a.m. The reason for the requested continuance is to permit the parties to conduct additional investigation, to review and consider additional discovery and to continue their efforts to negotiate a pre-indictment resolution of the matter. The parties further stipulate and agree that 28 days may be excluded from the time limits of Rule 5.1(c) of the Federal Rules of Criminal Procedure and the Speedy Trial Act, 18 U.S.C. §§3161(a), 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Stipulation and [Proposed] Order					1

1 | Dated: July 25, 2006

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

4 | Dated: July 26, 2006

s/_____
THOMAS M. O'CONNELL
Assistant United States Attorney

### WAIVER

I, Jose Ramirez Jr., have been advised of my rights to the following:

(1) the filing of an information or indictment within thirty days from the date of my arrest in the above-captioned case, pursuant to 18 U.S.C. §3161(a); or

(2) a preliminary hearing within 10 days of my initial appearance in this case, pursuant to Rule 5.1(c) of the Federal Rules of Criminal Procedure.

I hereby consent to delay the preliminary hearing and filing of the indictment or information for an additional 28 days.

Dated: July 25, 2006

s/_____
JOSE RAMIREZ, Jr.
Defendant

### [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties,

IT IS HEREBY ORDERED that the preliminary hearing/arraignment currently scheduled for July 27, 2006 shall be continued to August 24, 2006 at 9:30 a.m.

IT IS FURTHER ORDERED that 28 days shall be excluded from the computation of time within which the preliminary hearing and trial shall commence under Rule 5.1(c) of the

Stipulation and [Proposed] Order            2

1 | Federal Rules of Criminal Procedure and the Speedy Trial Act, 18 U.S.C. §§3161(h)(8)(A) and
2 | 3161(h)(8)(B)(iv).
3 |
4 | Dated: July 26, 2006
5 |
6 | _____
   | HOWARD R. LLOYD
   | United States Magistrate Judge

Stipulation and [Proposed] Order            3