BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 9/20/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00578 RMW |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS HEARING |
| vs. | |
| JOSE RAMIREZ, Jr., | |
| Defendant. | |

### STIPULATION

The parties hereby stipulate and agree that the status hearing currently scheduled for September 5, 2006 may be continued to September 18, 2006 at 9:00 a.m.  The reason for the requested continuance is to give the defense additional time to review the proposed disposition with Mr. Ramirez and to accommodate a scheduling conflict for government counsel.  The parties further stipulate and agree that 13 days may be excluded from the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§3161(a), 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Stipulation and Order                                                    1

Dated: August 31, 2006

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: August 31, 2006

s/_____
THOMAS M. O'CONNELL
Assistant United States Attorney

**ORDER**

Good cause appearing and by stipulation of the parties,

IT IS HEREBY ORDERED that the status hearing currently scheduled for September 5, 2006 shall be continued to September 18, 2006 at 9:30 a.m.

IT IS FURTHER ORDERED that 13 days shall be excluded from the computation of time within which the preliminary hearing and trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: September 20, 2006

  /S/ RONALD M. WHYTE_____
RONALD M. WHYTE
United States District Judge