# UNITED STATES DISTRICT COURT

for the

## Northern District of California



FILED
OCT 18 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

U.S.A. vs. JOSE RAMIREZ JR.          Docket Number CR06-00578 RMW

### Petition for Arrest Warrant and Supporting Affidavit

I, Laura Weigel, a U.S. Pretrial Services Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

1. On June 23, 2006, the defendant appeared before Your Honor charged in a criminal complaint with a violation of Title 18, United States Code, Section 922(g)(1) – Felon in Possession for Firearm. On September 7, 2006, the defendant was ordered released on an unsecured bond and special conditions including, but not limited to (1) Report to Pretrial Services as directed and (2) participate in drug counseling and submit to drug testing, as directed by Pretrial Services.

2. The defendant failed to report to Pretrial Services as directed on October 3, 2006, October 10, 2006, and October 17, 2006.

3. The defendant failed to report for random drug testing on October 6, 2006, October 13, 2006 and October 16, 2006.

4. The whereabouts of the defendant are unknown.

It should be noted that the defendant entered into a plea agreement on September 25, 2006, and sentencing is scheduled for January 8, 2007.

Based on the foregoing, there is probable cause to believe that Jose Ramirez Jr. violated the conditions of his pretrial release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

| | |
|---|---|
| Page Two - Petition for Arrest Warrant and Supporting Affidavit | Re: Jose Ramirez Jr.<br>Docket No.: CR 06-00578 RMW |

Respectfully,

*Laura Weigel* (signature)

Laura Weigel
U.S. Pretrial Services Officer

Reviewed By,

*Jaime Carranza* (signature)

Jaime Carranza
Officer in Charge
U.S. Pretrial Services Officer

Place **San Jose, California**
Date: **October 17, 2006**

Having considered the information set forth above,

THE COURT ORDERS:

☒ The issuance of a no bail warrant for the defendant's arrest so that s/he may be brought before the Court to show cause why his/her bail should not be revoked.

☐ Other: _____
_____
_____
_____
_____

____10/17/2006____                          *Patricia V. Trumbull* (signature)
**Date**                                     ~~Honorable Howard Lloyd~~
                                             **U.S. Magistrate Judge**

NDCA-PSA PS8-A
(Revised 12/16/04)