UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>JOSE RAMIREZ, JR.,<br><br>Defendant. | Case Number   CR06-00578RMW<br><br>ORDER OF DETENTION PENDING TRIAL<br><br>**FILED**<br><br>FEB 2 7 2007<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

In accordance with the Bail Reform Act, 18 U.S.C. § 3148, a revocation of release hearing was held on February 27, 2007. Defendant was present, represented by his attorney Jay Rorty AFPD. The United States was represented by Assistant U.S. Attorney Joseph Fazioli.

The government established through clear and convincing evidence that defendant had violated the conditions of his release, and the court finds that his is unlikely to abide by any condition or combination of conditions.

Accordingly, defendant's release is revoked and he is ordered detained.

Dated: 2/27/07

_____
HOWARD R. LLOYD

United States Magistrate Judge