BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant RAMIREZ JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 4/3/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-00578 RMW |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING |
| vs. | |
| JOSE RAMIREZ JR., | |
| Defendant. | |

**STIPULATION**

The parties hereby stipulate and agree that the sentencing hearing currently scheduled for February 26, 2007 may be continued to Monday, May 21, 2007 at 9:00 a.m. to permit the United States Probation Office to complete its presentence investigation.

Dated: February 23, 2007

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: February 23, 2007

s/_____
THOMAS M. O'CONNELL
Assistant United States Attorney

Stipulation and [] Order Continuing Sentencing        1

**[] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from Monday, February 26, 2007 to Monday, May 21, 2007 at 9:00 a.m.

Dated: April 3, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge