1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753                    ***E-FILED - 8/5/09***

5  Counsel for Defendant RAMIREZ, JR.

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,          )   No. CR-06-00578 RMW
                                      )
11              Plaintiff,            )   STIPULATION AND []
                                      )   ORDER AMENDING JUDGMENT
12 vs.                                )
                                      )
13 JOSE RAMIREZ, JR.,                 )
                                      )
14              Defendant.            )
   _____)
15

16                              **STIPULATION**

17       The parties hereby stipulate and agree that the Judgment after Revocation of Supervised

18 Release, filed July 29, 2009, may be amended as follows to conform with the revocation and

19 sentencing hearing held Monday, July 27, 2009 and to obviate the need for Mr. Ramirez to

20 remain in custody while the Bureau of Prisons verifies that pre-judgment custody credits from

21 Mr. Ramirez' May 29, 2009 arrest date to the present exhaust the two-month term agreed upon

22 by the parties and the United States Probation Office:

23       On Page 1 of 5, the "Nature of Violation" may be amended to read: "On May 21, 2009,

24 the offender committed a violation of California Penal Code 242 – Battery, a misdemeanor."

25       On Page 3 of 5, the commitment order may be amended to read: "The Court revoked and

26 reinstates the defendant's supervised release for a period of Thirty-Four (34) months.  The

Stipulation and [] Order Amending
Judgment                                1

defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>time served</u>."

The United States Probation Office has been consulted as to the proposed amendment and has no objection.

Dated: July 31, 2009

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: July 31, 2009

s/_____
THOMAS M. O'CONNELL
Assistant United States Attorney

## [] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the Judgment after Revocation of Supervised Release filed July 29, 2009 shall be amended as follows:

On Page 1 of 5, the "Nature of Violation" may be amended to read: "On May 21, 2009, the offender committed a violation of California Penal Code 242 – Battery, a misdemeanor."

On Page 3 of 5, the commitment order may be amended to read: "The Court revoked and reinstates the defendant's supervised release for a period of Thirty-Four (34) months. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>time served</u>."

Dated: __8/4_____, 2009

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Stipulation and [] Order Amending Judgment        2